# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TIMOTHY J. SANDERS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-1294 |
| ) | Judge Trauger |
| ) | Magistrate Judge Brown |
| SOCIAL SECURITY ADMINISTRATION, ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On December 29, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 30), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the plaintiff's Motion For Judgment on the Administrative Record (Docket No. 16) is **DENIED**, and the Commissioner's decision is **AFFIRMED**. This Order constitutes the final judgment in this case.

It is so **ORDERED.**

Enter this 21st day of January 2015.

_____
ALETA A. TRAUGER
U.S. District Judge